Case 200991:

# U.S. Bankruptcy Court
## Eastern District of Louisiana (New Orleans)
## Bankruptcy Petition #: 23−10734

*Assigned to:* Meredith S. Grabill
Chapter 7
Involuntary
<u>Claims Register</u>

*Date filed:*  05/12/2023
*Date terminated:*  06/13/2023

*Debtor disposition:*  Interdistrict Case Transfer

| | |
|---|---|
| *Debtor*<br>**Cox Operating, LLC**<br>1615 Poydras Street, Suite 830<br>New Orleans, LA 70112<br>ORLEANS−LA<br>SSN / ITIN: xxx−xx−0000 | represented by **John M. Landis**<br>909 Poydras Street, Suite 3150<br>New Orleans, LA 70112<br>(504) 581−3200<br>Fax : (504) 596−0819<br>Email: <u>jlandis@stonepigman.com</u><br><br>**Andrew D. Mendez**<br>Stone Pigman Walther Wittmann LLC<br>909 Poydras Street<br>Suite 3150<br>New Orleans, LA 70112−4042<br>(504) 581−3200<br>Fax : (504) 596−0821<br>Email: <u>amendez@stonepigman.com</u> |
| *Petitioning Creditor*<br>**Keystone Chemical, LLC**<br>1019 Albertson Pkwy<br>Broussard, LA 70518 | represented by **Joseph Patrick Briggett**<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130<br>(504) 568−1990<br>Fax : (504) 310−9195<br>Email: <u>jbriggett@lawla.com</u><br><br>**Robin A. Sylvester**<br>Sylvester Law Firm<br>241 1/2 La Rue France<br>Lafayette, LA 70508<br>337−513−0504<br>Fax : 337−513−0514<br>Email: <u>robin@sylvesterfirm.com</u> |
| *Petitioning Creditor*<br>**R&R Boats, Inc.**<br>265 Company Rd.<br>Bourg, LA 70343 | represented by **Christopher T. Caplinger**<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130<br>(504) 568−1990<br>Fax : (504) 310−9195<br>Email: <u>ccaplinger@lawla.com</u><br><br>**Stewart Peck**<br>Lugenbuhl Wheaton PEck Rankin & Hubbard |

|  |  |
|---|---|
|  | 601 Poydras Street<br>Ste 2775<br>New Orleans, LA 70130<br>504−568−1990<br>Fax : 504−310−9195<br>Email: speck@lawla.com |
| *Petitioning Creditor*<br>**Specialty Offshore, Inc.**<br>P.O. Box 2853<br>Hammond, LA 70404<br>Tax ID / EIN: 72−1383934 | represented by **Joseph Patrick Briggett**<br>(See above for address)<br><br>**Christopher T. Caplinger**<br>(See above for address)<br><br>**Stewart Peck**<br>(See above for address) |
| *Petitioning Creditor*<br>**Total Production Supply, LLC**<br>P.O. Box 915<br>Broussard, LA 70518 | represented by **Joseph Patrick Briggett**<br>(See above for address)<br><br>**Christopher T. Caplinger**<br>(See above for address)<br><br>**Robin A. Sylvester**<br>(See above for address) |
| *Petitioning Creditor*<br>**DLS LLC,** *Creditor*<br>P.O. BOX 309<br>Lydia, LA 70569<br>337 924 7444<br>Tax ID / EIN: 20−0049007 | represented by **H. Kent Aguillard**<br>Young, Hoychick and Aguillard<br>P. O. Drawer 391<br>Eunice, LA 70535−0391<br>(337) 457−9331<br>Fax : (337) 457−2917<br>Email: kent@aguillardlaw.com<br><br>**Joseph Patrick Briggett**<br>(See above for address) |
| *U.S. Trustee*<br>**Office of the U.S. Trustee**<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130<br>(504) 589−4018 | represented by **Amanda Burnette George**<br>Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130<br>(504) 589−4092<br>Fax : (504) 589−4096<br>Email: Amanda.B.George@usdoj.gov |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/12/2023 | | 1 | Chapter 7 Involuntary Petition Against a Non−Individual. Fee Amount $338. Re: Alleged Debtor(s): Cox Operating, LLC Filed by Petitioning Creditor(s): Cox Operating, LLC, Keystone Chemical, LLC (attorney Robin Slyvester), R&R Boats, Inc. (attorney Stewart Peck), Specialty Offshore, Inc. (attorney Stewart Peck), Total Production Supply, LLC (attorney Robin Sylvester). (Peck, Stewart) (Entered: 05/12/2023) |
| 05/12/2023 | | 2 | Involuntary Summons Issued on Debtor Cox Operating, LLC (Lew, K) (Entered: 05/12/2023) |
| 05/13/2023 | | 3 | Ex Parte Notice *JOINDER IN INVOLUNTARY PETITION* Filed by DLS LLC (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by |

| | | | |
|---|---|---|---|
| | | | Petitioning Creditor Specialty Offshore, Inc., Debtor Cox Operating, LLC, Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC). (Attachments: # 1 Exhibit) (Aguillard, H.) (Entered: 05/13/2023) |
| 05/15/2023 | | 4 | Notice of Appearance and Request for Notice Filed by Louis Middleton Phillips on behalf of Amarillo National Bank. (Phillips, Louis) (Entered: 05/15/2023) |
| 05/15/2023 | | 5 | Certificate of Service Filed by Amarillo National Bank (RE: (related document(s)4 Notice of Appearance and Request for Notice filed by Creditor Amarillo National Bank) (Phillips, Louis) (Entered: 05/15/2023) |
| 05/15/2023 | | 6 | Notice of Appearance and Request for Notice Filed by Erin Arnold on behalf of Amarillo National Bank. (Arnold, Erin) (Entered: 05/15/2023) |
| 05/15/2023 | | 7 | Certificate of Service Filed by Amarillo National Bank (RE: (related document(s)6 Notice of Appearance and Request for Notice filed by Creditor Amarillo National Bank) (Arnold, Erin) (Entered: 05/15/2023) |
| 05/15/2023 | | 8 | Notice of Appearance and Request for Notice Filed by Paul Douglas Stewart Jr. on behalf of Partco LLC. (Stewart, Paul) (Entered: 05/15/2023) |
| 05/15/2023 | | 9 | Notice of Appearance and Request for Notice Filed by William S. Robbins on behalf of Partco LLC. (Robbins, William) (Entered: 05/15/2023) |
| 05/15/2023 | | 10 | Emergency Motion to Set Hearing *Emergency Motion for Emergency Hearing and for Order Granting Leave to Effect Service of Involuntary Petition and for Determination of Priority of Involuntary Case Under the First−Filed Rule Over Later−Filed Voluntary Petition*, Motion for Leave (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor Specialty Offshore, Inc., Debtor Cox Operating, LLC, Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, 3 Notice filed by Petitioning Creditor DLS LLC) Filed by H. Kent Aguillard, Robin Sylvester of Sylvester Law Firm, Christopher T. Caplinger on behalf of DLS LLC, Keystone Chemical, LLC, R&R Boats, Inc., Specialty Offshore, Inc., Total Production Supply, LLC (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Caplinger, Christopher) (Entered: 05/15/2023) |
| 05/15/2023 | | 11 | Order Setting Hearing on Emergency Motion for Hearing and for Order Granting Leave To Effect Service of Involuntary Petition and for Determination of Priority of Involuntary Case Under the First−Filed Rule Over Later−Filed Voluntary Petition IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on May 15, 2023 (RE: related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave) Hearing scheduled for 5/16/2023 at 12:00 PM by *SECTION A TeleConference Line: 1−504−517−1385 Access Code 129611. Objections due by 5/16/2023. (McGinn, S) (Entered: 05/15/2023) |
| 05/15/2023 | | 12 | Notice of Appearance and Request for Notice Filed by Amanda Burnette George on behalf of Office of the U.S. Trustee. (George, Amanda) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/15/2023) |
| 05/15/2023 | | 13 | Notice of Appearance and Request for Notice Filed by Stanwood Robert Duval on behalf of Gulfstream Services, Inc.. (Duval, Stanwood) (Entered: 05/15/2023) |
| 05/15/2023 | | 14 | Certificate of Service Filed by Gulfstream Services, Inc. (RE: (related document(s)13 Notice of Appearance and Request for Notice filed by Creditor Gulfstream Services, Inc.) (Duval, Stanwood) (Entered: 05/15/2023) |
| 05/15/2023 | | 15 | Emergency Motion to Transfer Case/Inter−district −Bankruptcy *to US Bankruptcy Court for the Southern District of Texas, Houston Division* Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Ex. 1 DECLARATION OF RYAN OMOHUNDRO, CRO # 2 Exhibit Proposed Order) (Mendez, Andrew) (Entered: 05/15/2023) |
| 05/15/2023 | | 16 | Notice of Appearance and Request for Notice Filed by Ryan Seidemann on behalf of State of Louisiana, Department of Natural Resources. (Seidemann, Ryan) (Entered: 05/15/2023) |
| 05/15/2023 | | 17 | Certificate of Service Filed by R&R Boats, Inc., Specialty Offshore, Inc., Total Production Supply, LLC (RE: (related document(s)11 Order to Set Hearing) (Caplinger, Christopher) (Entered: 05/15/2023) |
| 05/15/2023 | | 18 | Emergency Motion to Expedite Hearing *on Emergency Motion to Transfer Venue* (RE: related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Proposed Order) (Mendez, Andrew) (Entered: 05/15/2023) |
| 05/15/2023 | | 19 | Certificate of Service Filed by Cox Operating, LLC (RE: (related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC, 18 Motion to Expedite Hearing filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit Ex. A # 2 Exhibit Ex. B) (Mendez, Andrew) (Entered: 05/15/2023) |
| 05/15/2023 | | 20 | Emergency Motion to Expedite Hearing *(corrected) on Emergency Motion to Transfer Venue* (RE: related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC, 18 Emergency Motion to Expedite Hearing *on Emergency Motion to Transfer Venue* filed by Debtor Cox Operating, LLC.) Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Proposed Order) (Mendez, Andrew). Modified on 5/16/2023 to add linkage (McGinn, S). (Entered: 05/15/2023) |
| 05/15/2023 | | 21 | Corrected Certificate of Service Filed by Cox Operating, LLC (RE: (related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC, 20 Motion to Expedite Hearing filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit Ex. A # 2 Exhibit Ex. B) (Mendez, Andrew) (Entered: 05/15/2023) |
| 05/16/2023 | | 22 | Motion to Appear pro hac vice *of Kelli S. Norfleet* Filed by Kelli S. Norfleet of Haynes and Boone, LLP on behalf of BP Energy Company and BP Products North America Inc. (Attachments: # 1 Exhibit A − Certificate of Good Standing) (Norfleet, Kelli) (Entered: 05/16/2023) |

| | | | |
|---|---|---|---|
| 05/16/2023 | | 23 | Response with Certificate of Service Filed by Amarillo National Bank (RE: (related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) Hearing scheduled for 5/16/2023 at 12:00 PM by *SECTION A TeleConference Line: 1−504−517−1385 Access Code 129611. (Phillips, Louis) (Entered: 05/16/2023) |
| 05/16/2023 | | 24 | Certificate of Service Filed by Amarillo National Bank (RE: (related document(s)23 Response filed by Creditor Amarillo National Bank) (Phillips, Louis) (Entered: 05/16/2023) |
| 05/16/2023 | | 25 | Notice of Appearance and Request for Notice Filed by Paul J. Goodwine on behalf of BP Energy Company and BP Products North America Inc.. (Goodwine, Paul) (Entered: 05/16/2023) |
| 05/16/2023 | | 26 | Supplemental Motion *Supplement to Emergency Motion for Emergency Hearing and for Order Granting Leave to Effect Service of Involuntary Petition and for Determination of Priority of Involuntary Case Under The First Filed Rule Over later Filed Voluntary Petition* (RE: related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) Filed by Christopher T. Caplinger on behalf of Keystone Chemical, LLC, R&R Boats, Inc., Specialty Offshore, Inc., Total Production Supply, LLC (Caplinger, Christopher) (Entered: 05/16/2023) |
| 05/16/2023 | | 27 | Motion to Appear pro hac vice *of Keith A. Simon* Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Ex. A Certificate of Good Standing) (Mendez, Andrew) (Entered: 05/16/2023) |
| 05/16/2023 | | 28 | Notice of Appearance and Request for Notice Filed by Leann Opotowsky Moses on behalf of JX Nippon Oil Exploration (U.S.A.) Limited. (Moses, Leann) (Entered: 05/16/2023) |
| 05/16/2023 | | 29 | Motion to Appear pro hac vice *by Christopher Harris* Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Ex. A Certificate of Good Standing) (Mendez, Andrew) (Entered: 05/16/2023) |
| 05/16/2023 | | 30 | Motion to Appear pro hac vice *by Elizabeth Marks* Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Ex. A Certificate of Good Standing) (Mendez, Andrew) (Entered: 05/16/2023) |
| 05/16/2023 | | 31 | Notice of Appearance and Request for Notice Filed by Brandon Taylor Darden on behalf of JX Nippon Oil Exploration (U.S.A.) Limited. (Darden, Brandon) (Entered: 05/16/2023) |
| 05/16/2023 | | 32 | Order Setting Evidentiary Hearing. Signed on May 16, 2023 (RE: related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total |

| | | | |
|---|---|---|---|
| | | | Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 11 Order to Set Hearing, 15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC, 18 Motion to Expedite Hearing filed by Debtor Cox Operating, LLC, 20 Motion to Expedite Hearing filed by Debtor Cox Operating, LLC, 23 Response filed by Creditor Amarillo National Bank, 26 Supplemental Motion filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC) Evidentiary hearing scheduled for 5/22/2023 at 09:30 AM at 500 Poydras Street, Suite B−709 SECTION A. (McGinn, S) Modified on 5/17/2023 (McGinn, S). (Entered: 05/16/2023) |
| 05/16/2023 | | | Initial Filing Fee Not Paid. Bankruptcy Rule 1006(a) provides that every petition must be accompanied by the filing fee. *See also* LBR 1006−1. The court will sua sponte dismiss this case if payment is not received within two business days after commencement of the case. (Foe, K) (Entered: 05/16/2023) |
| 05/16/2023 | | 33 | Order Granting Motion for Admission Pro Hac Vice of Keith A. Simon IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)27 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) Signed on May 16, 2023. (McGinn, S) (Entered: 05/16/2023) |
| 05/17/2023 | | 34 | Receipt Number 240093, Fee Amount $338.00 (RE: (related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor Specialty Offshore, Inc., Debtor Cox Operating, LLC, Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC) (Lew, K) (Entered: 05/17/2023) |
| 05/17/2023 | | 35 | Notice of Appearance and Request for Notice Filed by John A. Mouton III on behalf of Cardinal Coil Tubing, LLC. (Mouton, John) (Entered: 05/17/2023) |
| 05/17/2023 | | 36 | Order Granting Motion for Admission Pro Hac Vice of Christopher Harris IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)29 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) Signed on May 16, 2023. (McGinn, S) (Entered: 05/17/2023) |
| 05/17/2023 | | 37 | Order Granting Motion for Admission Pro Hac Vice of Elizabeth MarksIT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)30 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) Signed on May 16, 2023. (McGinn, S) (Entered: 05/17/2023) |
| 05/17/2023 | | 38 | PDF with attached Audio File. Court Date & Time [05/16/2023 12:00:26 PM]. File Size [ 20452 KB ]. Run Time [ 00:42:59 ]. (admin). (Entered: 05/18/2023) |
| 05/18/2023 | | 39 | Notice of Appearance and Request for Notice Filed by David S. Bland on behalf of Aldonsa, Inc. dba Oilfield Instrumentation USA. (Bland, David) |

| | | | |
|---|---|---|---|
| | | | (Entered: 05/18/2023) |
| 05/18/2023 | | 40 | Notice of Appearance and Request for Notice Filed by Emile Joseph Jr. on behalf of Petro Pull, LLC. (Joseph, Emile) (Entered: 05/18/2023) |
| 05/18/2023 | | 41 | Response with Certificate of Service *(Statement in Support of)* Filed by BP Energy Company and BP Products North America Inc. (RE: (related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Goodwine, Paul) (Entered: 05/18/2023) |
| 05/18/2023 | | 42 | Opposition with Certificate of Service *to Putative Debtor's Emergency Motion to Transfer Venue and Cross Motion to Transfer Affiliated Cases* Filed by DLS LLC, Keystone Chemical, LLC, R&R Boats, Inc., Specialty Offshore, Inc., Total Production Supply, LLC (RE: (related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) Hearing scheduled for 5/22/2023 at 09:30 AM by 500 Poydras Street, Suite B−709 SECTION A. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Peck, Stewart) (Entered: 05/18/2023) |
| 05/18/2023 | | 43 | Support Memorandum in Re Filed by Amarillo National Bank (RE: (related document(s)23 Response filed by Creditor Amarillo National Bank) (Phillips, Louis). Related document(s) 10 Emergency Motion to Set Hearing *Emergency Motion for Emergency Hearing and for Order Granting Leave to Effect Service of Involuntary Petition and for Determination of Priority of Involuntary Case Under the First−Filed Rule Over Later−Filed Voluntary* filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, 15 Emergency Motion to Transfer Case/Inter−district −Bankruptcy to US Bankruptcy Court for the Southern District of Texas, Houston Division filed by Debtor Cox Operating, LLC. Modified on 5/18/2023 to add links per attorney (Sylvester, Kenisha). (Entered: 05/18/2023) |
| 05/18/2023 | | 44 | Response with Certificate of Service *in Opposition* Filed by Aldonsa, Inc. dba Oilfield Instrumentation USA (RE: (related document(s)15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC) Hearing scheduled for 5/22/2023 at 09:00 AM (check with court for location). (Bland, David) (Entered: 05/18/2023) |
| 05/18/2023 | | 45 | Declaration Under Penalty of Perjury for Non−individual Debtors *Declaration of Ryan Omohundro* Filed by Cox Operating, LLC (Landis, John). Related document(s) 18 Emergency Motion to Expedite Hearing *on Emergency Motion to Transfer Venue* filed by Debtor Cox Operating, LLC. Modified on 5/18/2023 to add link per attorney (Sylvester, Kenisha). Related document(s) 15 Emergency Motion to Transfer Case/Inter−district −Bankruptcy *to US Bankruptcy Court for the Southern District of Texas, Houston Division* filed by Debtor Cox Operating, LLC. Modified on 5/19/2023 to add link (Lew, K.). (Entered: 05/18/2023) |
| 05/18/2023 | | 46 | Notice of Appearance and Request for Notice Filed by Alan H. Goodman on behalf of Gulf South Services. (Goodman, Alan) (Entered: 05/18/2023) |
| 05/18/2023 | | 47 | Notice of Appearance and Request for Notice Filed by Tristan E. Manthey on behalf of Fab−Con, Inc.. (Manthey, Tristan) (Entered: 05/18/2023) |
| 05/18/2023 | | 48 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Service Filed by Cox Operating, LLC (RE: (related document(s)27 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC, 29 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC, 30 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) (Mendez, Andrew). Related document(s) 33 Order on Motion to Appear pro hac vice, 36 Order on Motion to Appear pro hac vice, 37 Order on Motion to Appear pro hac vice. Modified on 5/19/2023 to add links (Lew, K). (Entered: 05/18/2023) |
| 05/18/2023 | | 49 | Notice of Appearance and Request for Notice Filed by Fernand L. Laudumiey IV on behalf of Delta's Missy's Supermarket, LLC dba Cypress Point Marine. (Laudumiey, Fernand) (Entered: 05/18/2023) |
| 05/18/2023 | | 50 | Certificate of Service Filed by Cox Operating, LLC (RE: (related document(s)45 Declaration Under Penalty of Perjury filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit Ex. A) (Mendez, Andrew) (Entered: 05/18/2023) |
| 05/18/2023 | | 51 | Ex Parte Motion to Appear pro hac vice *of Thomas J. Humphrey* Filed by Andrew D. Mendez of Stone Pigman Walther Wittmann LLC on behalf of Cox Operating, LLC (Attachments: # 1 Exhibit Ex. A) (Mendez, Andrew) (Entered: 05/18/2023) |
| 05/18/2023 | | 52 | Notice of Appearance and Request for Notice Filed by Lindsey M Johnson on behalf of BP Energy Company and BP Products North America Inc.. (Johnson, Lindsey) (Entered: 05/18/2023) |
| 05/18/2023 | | 53 | Motion to Appear pro hac vice *Martha Wyrick* Filed by Lindsey M Johnson of Looper Goodwine P.C. on behalf of BP Energy Company and BP Products North America Inc. (Attachments: # 1 Exhibit A) (Johnson, Lindsey) (Entered: 05/18/2023) |
| 05/19/2023 | | | Hearing Scheduled – to calendar Resp/Opp/Memo/Dec (RE: (related document(s)41 Response filed by Creditor BP Energy Company and BP Products North America Inc., 43 Support Memorandum filed by Creditor Amarillo National Bank, 44 Response filed by Creditor Aldonsa, Inc. dba Oilfield Instrumentation USA, 45 Declaration Under Penalty of Perjury filed by Debtor Cox Operating, LLC) Hearing scheduled for 5/22/2023 at 09:30 AM by 500 Poydras Street, Suite B–709 SECTION A. (Lew, K) (Entered: 05/19/2023) |
| 05/19/2023 | | 54 | Witness List Filed by BP Energy Company and BP Products North America Inc. (RE: (related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter–district – Bankruptcy filed by Debtor Cox Operating, LLC) (Goodwine, Paul) (Entered: 05/19/2023) |
| 05/19/2023 | | 55 | Witness List, Exhibit Filed by Amarillo National Bank (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9) (Phillips, Louis) (Entered: 05/19/2023) |
| 05/19/2023 | | 56 | Witness List Filed by Cox Operating, LLC (RE: (related document(s)32 Order Setting Evidentiary Hearing) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # |

| | | | |
|---|---|---|---|
| | | | 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit) (Mendez, Andrew) (Entered: 05/19/2023) |
| 05/19/2023 | | 57 | Witness List Filed by DLS LLC, Keystone Chemical, LLC, R&R Boats, Inc., Specialty Offshore, Inc., Total Production Supply, LLC (Attachments: # 1 P.C. 1 # 2 P.C. 2 # 3 P.C. 3 # 4 P.C. 4 # 5 P.C. 5 # 6 P.C. 6 # 7 P.C. 7 # 8 P.C. 8 # 9 P.C. 9 # 10 P.C. 10 # 11 P.C. 11 # 12 P.C. 12 # 13 PC 13 # 14 PC 14 # 15 P.C. 15 # 16 P.C. 16 # 17 P.C. 17 # 18 P.C. 18 # 19 PC 19 # 20 PC 20 # 21 P. C. 21 # 22 P.C. 22 # 23 P.C. 23 # 24 PC 24 # 25 PC 25 # 26 pc 26 # 27 pc 27 # 28 pc 28 # 29 pc 29 # 30 pc 30 # 31 pc 31 # 32 pc 32 # 33 pc 33 # 34 pc 34 # 35 pc 35 # 36 pc 36 # 37 pc 37 # 38 pc 38) (Peck, Stewart) (Entered: 05/19/2023) |
| 05/19/2023 | | 58 | Notice of Filing of Official Transcript. Notice is given that an official transcript of the hearing held on May 16, 2023 has been filed. Pursuant to Judicial Conference policy, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. Contact the clerk's office to request a copy. Attorneys who purchase transcripts will automatically be given PACER access by the clerk's office to the electronic transcript. Notice of Intent to Request Redaction Deadline Due By 5/26/2023. Redaction Request Due By 6/9/2023. Redacted Transcript Submission Due By 6/20/2023. Transcript access will be restricted through 8/17/2023. (Nunnery, J.) (Entered: 05/19/2023) |
| 05/19/2023 | | 59 | Witness List Filed by Cox Operating, LLC (RE: (related document(s)32 Order Setting Evidentiary Hearing, 56 Witness List filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit CoxOp_1 # 2 Exhibit CoxOp_2 # 3 Exhibit CoxOp_3 # 4 Exhibit CoxOp_4 # 5 Exhibit CoxOp_5 # 6 Exhibit CoxOp_6 # 7 Exhibit CoxOp_7 # 8 Exhibit CoxOp_8 # 9 Exhibit CoxOp_9 # 10 Exhibit CoxOp_10 # 11 Exhibit CoxOp_11 # 12 Exhibit CoxOp_12 # 13 Exhibit CoxOp_13 # 14 Exhibit CoxOp_14 # 15 Exhibit CoxOp_15 # 16 Exhibit CoxOp_16 # 17 Exhibit CoxOp_17 # 18 Exhibit CoxOp_18 # 19 Exhibit CoxOp_19 # 20 Exhibit CoxOp_20 # 21 Exhibit CoxOp_21 # 22 Exhibit CoxOp_22 # 23 Exhibit CoxOp_23 # 24 Exhibit CoxOp_24 # 25 Exhibit CoxOp_25 # 26 Exhibit CoxOp_26 # 27 Exhibit CoxOp_27 # 28 Exhibit CoxOp_28 # 29 Exhibit CoxOp_29 # 30 Exhibit CoxOp_30 # 31 Exhibit CoxOp_31 # 32 Exhibit CoxOp_32 # 33 Exhibit CoxOp_33 # 34 Exhibit CoxOp_34 # 35 Exhibit CoxOp_35 # 36 Exhibit CoxOp_36 # 37 Exhibit CoxOp_37 # 38 Exhibit CoxOp_38 # 39 Exhibit CoxOp_39 # 40 Exhibit CoxOp_40 # 41 Exhibit CoxOp_41 # 42 Exhibit CoxOp_42 # 43 Exhibit CoxOp_43 # 44 Exhibit CoxOp_44) (Mendez, Andrew) (Entered: 05/19/2023) |
| 05/19/2023 | | 60 | Order Granting Motion To Appear pro hac vice for Kelli S. Norfleet IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)22 Motion to Appear pro hac vice filed by Creditor BP Energy Company and BP Products North America Inc.) Signed on May 19, 2023. (Sylvester, Kenisha) (Entered: 05/19/2023) |
| 05/19/2023 | | 61 | Order Granting Motion To Appear pro hac vice for Thomas J. Humphrey IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System |

| | | | |
|---|---|---|---|
| | | | pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)51 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) Signed on May 19, 2023. (Sylvester, Kenisha) (Entered: 05/19/2023) |
| 05/19/2023 | | 62 | Order Granting Motion To Appear pro hac vice for Martha Wyrick IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)53 Motion to Appear pro hac vice filed by Creditor BP Energy Company and BP Products North America Inc.) Signed on May 19, 2023. (Sylvester, Kenisha) (Entered: 05/19/2023) |
| 05/19/2023 | | 63 | Notice of Appearance and Request for Notice *Richard A. Aguilar* Filed by Richard A. Aguilar on behalf of Danos, L.L.C.. (Aguilar, Richard) (Entered: 05/19/2023) |
| 05/19/2023 | | 64 | Notice of Appearance and Request for Notice *Mark J. Chaney, III* Filed by Mark J. Chaney III on behalf of Danos, L.L.C.. (Chaney, Mark) (Entered: 05/19/2023) |
| 05/19/2023 | | 65 | Certificate of Service *of Witness and Exhibits Lists* Filed by Cox Operating, LLC (RE: (related document(s)56 Witness List filed by Debtor Cox Operating, LLC, 59 Witness List filed by Debtor Cox Operating, LLC) (Attachments: # 1 Exhibit Ex. A # 2 Exhibit Ex. B) (Mendez, Andrew) (Entered: 05/19/2023) |
| 05/21/2023 | | 66 | Ex Parte Motion for Leave *to file Preliminary Reply to* (RE: related document(s)43 Support Memorandum filed by Creditor Amarillo National Bank) Filed by Stewart Peck of Lugenbuhl Wheaton PEck Rankin & Hubbard on behalf of R&R Boats, Inc., Specialty Offshore, Inc. (Attachments: # 1 Exhibit A – Proposed Preliminary Reply # 2 Exhibit B – Proposed Order) (Peck, Stewart) (Entered: 05/21/2023) |
| 05/22/2023 | | 67 | Order Granting Motion For Leave IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)66 Motion for Leave filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor R&R Boats, Inc.) Signed on May 22, 2023. (Sylvester, Kenisha) (Entered: 05/22/2023) |
| 05/22/2023 | | 68 | Preliminary Reply Filed by R&R Boats, Inc. & Specialty Offshore, Inc. (RE: (related document(s)43 Support Memorandum filed by Creditor Amarillo National Bank) Hearing scheduled for 5/22/2023 at 09:30 AM by 500 Poydras Street, Suite B–709 SECTION A. (Sylvester, Kenisha) (Entered: 05/22/2023) |
| 05/22/2023 | | 69 | Motion for Limine *Petitioning Creditors' Motion In Limine to Exclude Inadmissible Hearsay in Connection with the Punitive Debtor's Motion to Transfer Venue* (RE: related document(s)15 Motion to Transfer Case/Inter–district – Bankruptcy filed by Debtor Cox Operating, LLC) Filed by Joseph Patrick Briggett of Lugenbuhl Wheaton Peck Rankin & Hubbard on behalf of DLS LLC, Keystone Chemical, LLC, Specialty Offshore, Inc., Total Production Supply, LLC (Briggett, Joseph) (Entered: 05/22/2023) |
| 05/22/2023 | | 70 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Service Filed by BP Energy Company and BP Products North America Inc. (RE: (related document(s)60 Order on Motion to Appear pro hac vice, 62 Order on Motion to Appear pro hac vice) (Norfleet, Kelli) (Entered: 05/22/2023) |
| 05/22/2023 | | 71 | Certificate of Service *of Order admitting Thomas J. Humphrey Pro Hac Vice* Filed by Cox Operating, LLC (RE: (related document(s)51 Motion to Appear pro hac vice filed by Debtor Cox Operating, LLC) (Mendez, Andrew) (Entered: 05/22/2023) |
| 05/22/2023 | | 72 | Order Following Evidentiary Hearing – Venue Motion and Transfer Motion Taken Under Advisement Signed on May 22, 2023 (RE: related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter–district – Bankruptcy filed by Debtor Cox Operating, LLC, 23 Response filed by Creditor Amarillo National Bank, 26 Supplemental Motion filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, 41 Response filed by Creditor BP Energy Company and BP Products North America Inc., 42 Opposition filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, 43 Support Memorandum filed by Creditor Amarillo National Bank, 44 Response filed by Creditor Aldonsa, Inc. dba Oilfield Instrumentation USA, 45 Declaration Under Penalty of Perjury filed by Debtor Cox Operating, LLC, 68 Reply filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor R&R Boats, Inc., 69 Motion for Limine filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC) (Rouchon, H) (Entered: 05/22/2023) |
| 05/22/2023 | | | Matter Under Advisement Deadline Set (RE: (related document(s)10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter–district – Bankruptcy filed by Debtor Cox Operating, LLC, 23 Response filed by Creditor Amarillo National Bank, 26 Supplemental Motion filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, 41 Response filed by Creditor BP Energy Company and BP Products North America Inc., 42 Opposition filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, 43 Support Memorandum filed by Creditor Amarillo National Bank, 44 Response filed by Creditor Aldonsa, Inc. dba Oilfield Instrumentation USA, 45 Declaration Under Penalty of Perjury filed by Debtor Cox Operating, LLC, 68 Reply filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor R&R Boats, Inc., 72 Order Placing Matter Under Advisement, Order) Matter Under Advisement Due by 7/24/2023. (Rouchon, H) (Entered: 05/22/2023) |
| 05/23/2023 | | 73 | Memorandum Opinion and Order (RE: related document(s)1 Involuntary Petition (Chapter 7) filed by Petitioning Creditor Specialty Offshore, Inc., |

| | | | |
|---|---|---|---|
| | | | Debtor Cox Operating, LLC, Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, 3 Notice filed by Petitioning Creditor DLS LLC, 10 Motion to Set Hearing filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, Petitioning Creditor DLS LLC, Motion for Leave, 15 Motion to Transfer Case/Inter−district − Bankruptcy filed by Debtor Cox Operating, LLC, 23 Response filed by Creditor Amarillo National Bank, 26 Supplemental Motion filed by Petitioning Creditor Specialty Offshore, Inc., Petitioning Creditor Keystone Chemical, LLC, Petitioning Creditor R&R Boats, Inc., Petitioning Creditor Total Production Supply, LLC, 43 Support Memorandum filed by Creditor Amarillo National Bank, 72 Order Placing Matter Under Advisement, Order) Signed on May 23, 2023 (McGinn, S) (Entered: 05/23/2023) |
| 05/24/2023 | | | Deadline(s) Satisfied(RE: (related document(s)72 Order Placing Matter Under Advisement, Order, Set Matter Under Advisement Deadline, 73 Opinion) . (McGinn, S) (Entered: 05/24/2023) |
| 05/24/2023 | | 74 | Notice of Appearance and Request for Notice Filed by Joseph P. Hebert on behalf of Eaton Oil Tools, Inc.. (Hebert, Joseph) (Entered: 05/24/2023) |
| 05/25/2023 | | 75 | Notice of Appearance and Request for Notice Filed by Lawrence R DeMarcay III on behalf of Leviathan Offshore, LLC. (DeMarcay, Lawrence) (Entered: 05/25/2023) |
| 05/25/2023 | | 76 | PDF with attached Audio File. Court Date & Time [05/22/2023 09:32:20 AM]. File Size [ 182649 KB ]. Run Time [ 06:24:16 ]. (admin). (Entered: 05/25/2023) |
| 05/25/2023 | | 77 | BNC Certificate of Mailing − PDF Document(RE: (related document(s)73 Opinion) Notice Date 05/25/2023. (Admin.) (Entered: 05/25/2023) |
| 05/25/2023 | | 78 | BNC Certificate of Mailing − PDF Document(RE: (related document(s)72 Order Placing Matter Under Advisement) Notice Date 05/25/2023. (Admin.) (Entered: 05/25/2023) |
| 06/13/2023 | | | Bankruptcy Case Closed − Case Transferred out of district. (Rouchon, H) (Entered: 06/13/2023) |